# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NANCY GARDNER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04607-BLF<br><br>**ORDER TO SHOW CAUSE** |

　　　　To Plaintiff Nancy Gardner, you are hereby ORDERED to SHOW CAUSE in writing, on or before April 15, 2016, why Defendant Western Federal Credit Union should not be dismissed from this action for failure to prosecute.

　　　　The complaint was filed on October 6, 2015 and there is no indication on the docket that Defendant has been served with process.  Fed. R. Civ. P. 4(m) requires defendants to be served within 120 days after the complaint is filed if the complaint was filed prior to December 1, 2015.  Accordingly, the Court ORDERS Plaintiff to SHOW CAUSE why this case should not be dismissed for failure to prosecute.  Plaintiff shall submit a written response on or before April 15, 2016.  The Court advises Plaintiff that a failure to respond to the Order to Show Cause by April 15, 2016 will result in the dismissal of Defendant without prejudice.

　　　　**IT IS SO ORDERED.**

Dated:  March 17, 2016

_____
BETH LABSON FREEMAN
United States District Judge