UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NANCY GARDNER,<br><br>           Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,, et al.,<br><br>           Defendants. | Case No.  15-cv-04607-BLF<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE**<br><br>[RE:  ECF 32] |

On March 17, 2016, the Court issued an Order to Show Cause why Defendant Western Federal Credit Union should not be dismissed from this action for failure to prosecute. The order indicated that although the complaint had been filed on October 6, 2015, the docket did not reflect timely service of process on Defendant Western Federal Credit Union.

On April 15, 2016, Plaintiff filed a timely response acknowledging its failure to file proof of service, representing that Defendant Western Federal Credit Union in fact has been served, and pointing out that Defendant Western Federal Credit Union answered on April 14, 2016.

Based upon Plaintiff's representation of service and Defendant Western Federal Credit Union's answer, the Order to Show Cause is hereby DISSOLVED.

**IT IS SO ORDERED.**

Dated:  April 19, 2016

_____
BETH LABSON FREEMAN
United States District Judge