SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NANCY GARDNER, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 5:15-CV-04607-BLF <br><br> STIPULATION TO DISMISS DEFENDANT WESTERN FEDERAL CREDIT UNION; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Nancy Gardner and defendant Western Federal Credit Union, that Western Federal Credit Union be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

| | | |
|---|---|---|
| DATED: June 22, 2016 | Sagaria Law, P.C. | |
| | By: | /s/ Elliot W. Gale |
| | | Elliot W. Gale |
| | Attorneys for Plaintiff | |
| | Nancy Gardner | |

DATED: June 22, 2016    Lombardi Loper & Conant, LLP

By: ____/s/ Leora R. Ragones____
Leora R. Ragones
Attorneys for Defendant
Western Federal Credit Union

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Leora R. Ragones has concurred in this filing.

*/s/ Elliot Gale*

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Experian is dismissed with prejudice.

IT IS SO ORDERED.

DATED: _____    _____
Beth L. Freeman
UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT WESTERN FEDERAL CREDITUNION; PROPOSED ORDER - 2